

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00598-CV

STATE AND COUNTY MUTUAL FIRE INSURANCE COMPANY
v.
SERGIO J. VALDEZ, GUARDIAN AD LITEM

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-185-01-C(A)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs are taxed against the party incurring same.

We further order this decision certified below for observance.

October 2, 2014